UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTEM COHEN AND JASON BREUNIG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>vs.<br><br>KITOV PHARMACEUTICALS HOLDINGS LTD., ISAAC ISRAEL, and SIMCHA ROCK,<br><br>    Defendants. | Civil Action No.: 17-cv-00917-LGS |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), Lead Plaintiffs Rotem Cohen and Jason Breunig (together, "Plaintiffs"), individually and on behalf of all Settlement Class Members, hereby move this Court for an order: (i) granting preliminary approval of the proposed Settlement; (ii) granting conditional certification of the Settlement Class with Plaintiffs as Class Representatives and Lead Counsel as Class Counsel; (iii) approving the proposed notice program with respect to the Settlement Class, including the mailed Notice, the published Publication Notice, and the posting of the Stipulation and its Exhibits on a website maintained by the Claims Administrator; (iv) setting a date for a Settlement Fairness Hearing; and (vi) setting deadlines for the mailing of the Notice and publication of the Publication Notice, for Settlement Class Member objections and Settlement Class Member opt-out notices, for the filing of Plaintiffs' motion for Final Approval of the Settlement, and for the filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses and compensatory awards to Plaintiffs.

This motion is based upon the accompanying Memorandum of Law and Stipulation of Settlement, with its Exhibits A through E, which are filed contemporaneously herewith, and other such matters and argument as the Court may consider at the hearing on this motion.

Significantly, all Defendants do not oppose the relief sought by this motion.

Dated: July 27, 2018                                     Respectfully submitted,

                                                         POMERANTZ LLP

                                                         /s/ *Tamar A. Weinrib*
                                                         Jeremy A. Lieberman
                                                         Tamar A. Weinrib
                                                         600 Third Avenue, 20th Floor
                                                         New York, New York 10016
                                                         Telephone:  (212) 661-1100
                                                         Facsimile:  (917) 463-1044

                                                         POMERANTZ LLP
                                                         Patrick V. Dahlstrom
                                                         10 South La Salle Street, Suite 3505
                                                         Chicago, Illinois 60603
                                                         Telephone:  (312) 377-1181
                                                         Facsimile:  (312) 377-1184

                                                         *Plaintiffs' Lead Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 27th day of July, 2018, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Tamar A. Weinrib*
      Tamar A. Weinrib