UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTEM COHEN AND JASON BREUNIG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>KITOV PHARMACEUTICALS HOLDINGS LTD., ISAAC ISRAEL, and SIMCHA ROCK,<br><br>Defendants. | Civil Action No.: 17-cv-00917-LGS<br><br><u>Motion Date: January 24, 2019</u> |

NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Unopposed Motion for Final Approval of Class Action Settlement, dated January 3, 2019, the accompanying Declaration of Tamar A. Weinrib, dated January 3, 2019, the exhibits annexed thereto, and all prior papers and proceedings herein, Lead Plaintiffs Rotem Cohen and Jason Breunig, through their undersigned attorneys, will move this Court, before the Honorable Lorna G. Schofield, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on January 24, 2019 at 11:15 a.m. in Courtroom 1106, for an Order (1) certifying a class, for settlement purposes only, of all persons or entities who purchased or otherwise acquired Kitov American Depository Shares ("ADSs") between November 20, 2015 and February 6, 2017, both dates inclusive, or ADSs or warrants pursuant or traceable to Kitov's Initial Public Offering, dated November 20, 2015, or Secondary Public Offering, dated June 28, 2016, and who were damaged thereby, (2) approving the terms and conditions of the Stipulation of Settlement, dated July 27, 2018 (the "Stipulation"), as fair, reasonable, and adequate for the

settlement of all claims asserted by the Settlement Class against Defendants, (3) approving the proposed Plan of Allocation as a fair and reasonable method to allocate the Net Settlement Fund among Settlement Class Members, and (4) entering Final Judgment dismissing this Action with prejudice.

Dated: January 3, 2019                                  Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Tamar A. Weinrib*
Jeremy A. Lieberman
Tamar A. Weinrib
Brenda Szydlo
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

*Lead Counsel for Plaintiffs and the Class*