UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTEM COHEN AND JASON BREUNIG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>KITOV PHARMACEUTICALS HOLDINGS LTD., ISAAC ISRAEL, and SIMCHA ROCK,<br><br>Defendants. | Civil Action No.: 17-cv-00917-LGS<br><br><u>Motion Date: January 24, 2019</u> |

### NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO LEAD PLAINTIFFS

**PLEASE TAKE NOTICE** that on January 24, 2019 at 11:15 a.m. in Courtroom 1106 of the United States District Court located at 40 Foley Square New York, New York, 10007, Lead Plaintiffs Rotem Cohen and Jason Breunig ("Lead Plaintiffs") will and hereby do move the Court, the Honorable Lorna G. Schofield, for an order awarding Lead Counsel attorneys' fees in the amount of $666,666.67 plus interest, reimbursement of $47,706.99 in expenses, and an award in the amount of $10,000 to Lead Plaintiffs to be paid from the Settlement Fund. This motion is based upon this notice of motion, the accompanying memorandum of law, the accompanying declaration of Tamar A. Weinrib in support of the motion, the exhibits attached thereto, all other pleadings and matters of record, and such additional evidence or argument as may be presented at or before the hearing.

Dated: January 3, 2019

Respectfully submitted,

**POMERANTZ LLP**

By: <u>*/s/ Tamar A. Weinrib*</u>
Jeremy A. Lieberman
Tamar A. Weinrib
Brenda Szydlo
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone:  (212) 661-1100

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

*Lead Counsel for Plaintiffs and the Class*