UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTEM COHEN AND JASON BREUNIG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>KITOV PHARMACEUTICALS HOLDINGS LTD., ISAAC ISRAEL, and SIMCHA ROCK,<br><br>Defendants. | **Civil Actions No.: 17-cv-00917-LGS**<br><br>**Motion Date: January 24, 2019** |

## DECLARATION OF PLAINTIFF CHRISTOPHER ZULCH

Pursuant to 28 U.S.C. §1746, Christopher Zulch declares:

1. I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows.

2. I hereby submit this declaration in support of: (1) the proposed Settlement of the Actions; (2) my application for reimbursement of time spent directly related to my representation of the Class; and (3) Lead Counsel's request for attorneys' fees and reimbursement of expenses.

3. I am a named plaintiff in the consolidated actions in the Superior Court of California, San Mateo County, *Ng v. Kitov Pharmaceuticals Holdings, Ltd., et al.,* Case No. 17CIV00620 ("*Ng* Action"), and *Zulch v. Kitov Pharmaceuticals Holdings, Ltd., et al.,* Case No.17CIV01173 ("*Zulch* Action"), consolidated by order dated April 6, 2017.

1

4. I approved the Settlement of this case for $2,000,000. I continue to believe that this is an excellent result achieved by counsel when considering the strengths of the case in light of all the risks and expense of continued litigation.

5. As a Plaintiff and proposed class representative for settlement purposes, I was extremely involved with the litigation and kept abreast of developments in this case and news concerning Kitov Pharmaceutical Holdings Ltd. as to satisfy my fiduciary obligation to the Class. I spent considerable time to satisfy these obligation including:

   a. Reading and discussing the initial and amended complaints with my counsel.
   b. Reviewing the stipulation requesting my appointment as a Lead Plaintiff and the consolidation of the *Ng* and *Zulch* Actions.
   c. Discussing case strategy with my counsel.
   d. Reading and discussing Defendants' demurrers with my counsel as well as our respond thereto.
   e. Preparing responses to discovery requests by Defendants
   f. Discussing settlement negotiations with my counsel and reviewing the settlement documents.

6. I estimate that I spent about 16 hours on these tasks.

7. I am currently a student. I estimate that I would charge 25 per hour for freelance work.

8. I understand Lead Counsel will be seeking an award of attorneys' fees in the amount of one-third of the Settlement Amount. I support Lead Counsel's request.

9. In sum, I respectfully request that the court approve the Settlement; reimburse me for the time I spent on this case and representing the Class; and approve Lead Counsel's request

for attorneys' fees.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed: Los Angeles, California
Dated: January 22, 2019

                                                          Christopher Zulch

3

Scanned with CamScanner